UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| ANTONIO BONDS, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 1:16-cv-00085 |
| | ) CHIEF JUDGE CRENSHAW |
| CHERRY LINDAMOOD, ET AL., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 119) concerning multiple dispositive motions. No timely objection has been filed. The Magistrate Judge recommends granting the pending motion to dismiss and motion for summary judgment, as well as denying the motion to amend the complaint. (Id.) The Court has conducted a de novo review of this Section 1983 action arising from Plaintiff's seven-day stay in prison administrative segregation. The Court concludes that the thorough Report and Recommendation is correct.

Accordingly, the Report and Recommendation (Doc. No. 119) is **APPROVED AND ADOPTED**. Defendant Turman's Motion to Dismiss (Doc. No. 88) is **GRANTED**. Defendant Lindamood, Bowers, Staggs, Trafton, Pevahouse, Bryant, Brantley, Wesson, Inman, Martinez, and James's Motion for Summary Judgment (Doc. No. 91) is **GRANTED**. Defendant Moore is **DISMISSED** pursuant to Federal Rule of Procedure 4(m). Plaintiff's Motion to Amend (Doc. No. 94) is **DENIED**. This matter is **DISMISSED**.

This is a final order and the clerk shall close the case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE